1

CLOSING

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL M. JOHNSON, Derivatively on Behalf of Nominal Defendant Conexant Systems, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DWIGHT W. DECKER, ARMANDO GEDAY, DONALD R. BEALL, STEVEN J. BILODEAU, DIPANJAN DEB, F. CRAIG FARRILL, BALAKRISHNAN S. IYER, JOHN W. MARREN, D. SCOTT MERCERT, MATTHEW F. RHODES, JERRE L. STEAD, and GUISEPPE ZOCCO, <br><br> Defendants, <br><br> and <br><br> CONEXANT SYSTEMS, INC., <br><br> Nominal Defendant. | Hon. Stanley R. Chesler, U.S.D.J. <br><br> Case No. 3:05-cv-02662-MLC (JJH) <br><br> [PROPOSED] FINAL JUDGMENT |

This final judgment is entered pursuant to Fed. R. Civ. P. 54(b) and pursuant to a stipulation entered by the parties to dismiss this action without prejudice, except as to Plaintiff Daniel M. Johnson, as to whom dismissal is with prejudice. This final judgment follows the dismissal of a related action alleging violations of the federal securities laws. In light of the parties' stipulation to dismiss this action:

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. This action is dismissed without prejudice, except as to Plaintiff Daniel M. Johnson, as to whom dismissal is with prejudice.

2. Notice to shareholders of Conexant Systems, Inc. of this final judgment is not required as shareholders never received notice of the pendency of this

Doc #:NY7:347319.2

action, and dismissal of this action is without prejudice, except as to Plaintiff Daniel M. Johnson, as to whom dismissal is with prejudice.

3. Each party shall bear his or her own costs and fees.

Dated: 2/22, 2007

SO ORDERED:

_____
Hon. Stanley R. Chesler, U.S.D.J.

Doc #:NY7:347319.2

2